UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Matisa Sahday Best
One Petitioner

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

Office of cannabis Management
WSDA Food Assistance team
Dr. thiebaux
Chief Judge Laura Swain

Write the full name of each defendant. If you need more space, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section II.

**COMPLAINT**

Do you want a jury trial?
☒ Yes   ☐ No

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

## I.    BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation, and the amount in controversy is more than $75,000, is a diversity case. In a diversity case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal-court jurisdiction in your case?

☐  **Federal Question**

☒  **Diversity of Citizenship**

## A.    If you checked Federal Question

Which of your federal constitutional or federal statutory rights have been violated?

NO FEDERAL OR CONSTITUTIONAL RIGHTS HAVE BEEN VIOLATED.

## B.    If you checked Diversity of Citizenship

### 1.    Citizenship of the parties

Of what State is each party a citizen?

The plaintiff , _Natisha Sandal Best_ , is a citizen of the State of
(Plaintiff's name)

_New York State_
(State in which the person resides and intends to remain.)

or, if not lawfully admitted for permanent residence in the United States, a citizen or subject of the foreign state of

_NOT Applicable_

If more than one plaintiff is named in the complaint, attach additional pages providing information for each additional plaintiff.

If the defendant is an individual:

The defendant, _DR. Yhiebauy_, is a citizen of the State of
(Defendant's name)

_New York state_

or, if not lawfully admitted for permanent residence in the United States, a citizen or
subject of the foreign state of

_NOT Applicable_.

If the defendant is a corporation:

The defendant, _DR. Yhiebauy_, is incorporated under the laws of

the State of _New York_

and has its principal place of business in the State of _New York_

or is incorporated under the laws of (foreign state) _NOT Applicable_

and has its principal place of business in _Metropolitan Hospital_.

If more than one defendant is named in the complaint, attach additional pages providing
information for each additional defendant.

## II.  PARTIES

### A.  Plaintiff Information

Provide the following information for each plaintiff named in the complaint. Attach additional
pages if needed.

_Mahsla_        _S_        _Best_
First Name        Middle Initial        Last Name

_99 undomiciled_
Street Address

_New York city_        _NY_        _10057_
County, City        State        Zip Code

_NOT Available_        _NOT Available_
Telephone Number        Email Address (if available)

**B.  Defendant Information**

To the best of your ability, provide addresses where each defendant may be served. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are the same as those listed in the caption. Attach additional pages if needed.

Defendant 1:

~~Allister~~ ~~Best~~ (MB3) DR. Thievdaul

First Name                    Last Name

psychologist

Current Job Title (or other identifying information)

1901 1st Avenue

Current Work Address (or other address where defendant may be served)

New York City,    N.Y.    10059 - 7404

County, City         State         Zip Code

Defendant 2:

Laura    Swain

First Name                    Last Name

Chief Judge

Current Job Title (or other identifying information)

500 Pearl Street

Current Work Address (or other address where defendant may be served)

New York City,    N.Y.    10007

County, City         State         Zip Code

Defendant 3:

Washington    Department of Agriculture

First Name                    Last Name

Grant Inquiries

Current Job Title (or other identifying information)

11-11 Washington Street    South-East

Current Work Address (or other address where defendant may be served)

Olympia    Wto    98504-2560

County, City         State         Zip Code

Defendant 4: New York State office of cannabis management
First Name                    Last Name

OCM
Current Job Title (or other identifying information)

P.O. Box 2071
Current Work Address (or other address where defendant may be served)

Albany                NY            12220
County, City              State            Zip Code

## III. STATEMENT OF CLAIM

Place(s) of occurrence: _____ New York State

Date(s) of occurrence: January 01, 2021 – July 18th, 2024

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and what each defendant personally did or failed to do that harmed you. Attach additional pages if needed.

please see Attached Notice
of motion Dated July 18th, 2024



**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

NO Injuries were obtained.

## IV. RELIEF

State briefly what money damages or other relief you want the court to order.

Money or monitary Gain through outsourcing my Business To the Defendant and or respondents.'!

## V.  PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I agree to notify the Clerk's Office in writing of any changes to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

| _July 18th 2024_ | _Matisla S Best_ |
|---|---|
| Dated | Plaintiff's Signature |

| _Matisla_ | _S_ | _Best_ |
|---|---|---|
| First Name | Middle Initial | Last Name |

_99 Undomiciled_
Street Address

| _New York City,_ | _N.Y_ | _10057_ |
|---|---|---|
| County, City | State | Zip Code |

_____    _____
Telephone Number                              Email Address (if available)

I have read the Pro Se (Nonprisoner) Consent to Receive Documents Electronically:

☒ Yes    ☐ No

> If you do consent to receive documents electronically, submit the completed form with your complaint. If you do not consent, please do not attach the form.

#1.

ADDRESS USPS TO:

Office of cannabis management

In new york state

ONE
Page
only

#2

VeRbaL moleculaR FoRm
ot chemical substance
Cannabis / canaboids

7 pages

#3

Definition by Food And
Agricultural Assistance ot
Living Plant for consumption
Sustainability

3 pages



# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

_Motisia S. Best_
_One Petitioner_

Write the full name of each plaintiff or petitioner.

Case No. _____ CV _____

-against-

_Chief Judge Laura Swain_
_DR. Thiebaux_

Write the full name of each defendant or respondent.

### NOTICE OF MOTION

_Calender Date_

PLEASE TAKE NOTICE that _Petitioner_ _Motisia Best_

~~plaintiff or~~ ~~defendant~~ name of party who is making the motion

requests that the Court:

_Emploas on Behalf of Judicial Need of "Legal Researcher"_

Briefly describe what you want the court to do. You should also include the Federal Rule(s) of Civil Procedure or the statute under which you are making the motion, if you know.

In support of this motion, I submit the following documents (check all that apply):

☒ a memorandum of law

☐ my own declaration, affirmation, or affidavit

☒ the following additional documents:

_July 15 2024_
Dated

_Motisia Scholar Best_
Name

_99 Undomiciled, New York, N.Y. 10027_
Address                    City                    State        Zip Code

_NOT Available_
Telephone Number (if available)

_Motisia S Best_
Signature

_NOT Incarcerated_
Prison Identification # (if incarcerated)

_NOT Available_
E-mail Address (if available)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Motisla Is Best
One petitioner

Fill in above the full name of each plaintiff or petitioner.

Case No. _____ CV _____

-against-

Office of cannabis Management
WSDA, Food Assistance Team
Dr. Thiebauy
Chief Judge Laura Swain

Fill in above the full name of each defendant or
respondent.

## DECLARATION

the purpose of the declaration is Introduce
the courts to legeslative law A9283, And Bill S8084-A

Briefly explain above the purpose of the declaration, for example, "in Opposition to Defendant's
Motion for Summary Judgment."

I, Motisla Best , declare under penalty of perjury that the

following facts are true and correct:

In the space below, describe any facts that are relevant to the motion or that respond to a court
order. You may also refer to and attach any relevant documents.

On January 25, 2022, Senate Introduced
Senate Bill 8084--A, where Section 520 of
the Agriculture And markets law Amended
by adding a Subdivision three. An ACT to
Amend the Agriculture law and the cannabis

Rev. 6/30/16

law. In providing a Relation to allow conditional Adult Use cultivator's license, And An Adult use processor's license.

However cannabis is not a "Living plant" And the chemical molecular form of cannabis should be in question. "I, myself Motisia Best" "wants to Research" the "chemical molecular form of cannabis, to see How section 297 of chapter 69 Article 35-A Incoporated cannabis As Food And Agriculture, And if cannabis molecular form does not incoporate chemical additives, makes "cannabis A DRUG", And NOT "A "live living plant" And should label cannabis As A chemical substance, And should offer A penal code And should NOT Be Distributed.

In conclusion, I'm offering, my legal "Researcher" services through Independent contracting to office of cannabis management And food And Agriculture Assistance program, myself Motisia Best offering legal services through this supposed Index number Appointed

Attach additional pages and documents if necessary.

July 18th, 2024
Executed on (date)

Motisia Best
Signature

Motisia Scholar BEST
Name

NOT Incarcerated
Prison Identification # (if incarcerated)

00 Undomiciled, New York, N.Y. 10037
Address    City    State    Zip Code

NOT Available
Telephone Number (if available)

NOT Available
E-mail Address (if available)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK 5CFR.21 (2nd)

(I.F.P) Schedule Appointment (5CFR 315.711)

Sole-owned of "BBMno" Notisias Post #875) (T.I.N)

A Civ. Action of (23) 9042-8751    Docket # 058-58

*(List the name(s) of the plaintiff(s)/petitioner(s).)*

- against -

I.R.S. Wages, and Investments

"Thurgood Marshall" Pro Se — Motion (5CFR.315.711, 315.213)

Dept. of Justice (EOIR) # 234115

*(List the name(s) of the defendant(s)/respondent(s).)*

**AFFIRMATION OF SERVICE**  Signature of
"Archiving of... Dec, 14th 2028
"Accepted-Service" of # 875
Schedule "A" Appointment

I, *(print your name)*  USPS TRACKING # & CUSTOMER RECEIPT  9114 9023 0722 4063 6757 97  For Tracking or inquiries go to USPS.com or call 1-800-222-1811.  are under penalty of perjury that I

served a copy of the attached *(list the names of the documents you served)*: _____

~~Family~~ Family Court, Valerie Pels

1111, constitution ~~Drive~~ Avenue, washington DC.

upon all other parties in this case by *(state how you served the documents, for example, hand delivery,*

*mail, overnight express)* United States Postal Service) to the

following persons *(list the names and addresses of the people you served)*: Family Court

USPS TRACKING # & CUSTOMER RECEIPT  9114 9023 0722 4063 6758 03  For Tracking or inquiries go to USPS.com or call 1-800-222-1811.  60 Lafayette Street, NY, NC 10013

I.R.S → 1111, constitution ~~Drive~~ Ave, NW, washington DC 20224

on *(date you served the document(s))* Mon, December 11 2023 ~~Tuesday~~
(T.I.N) → 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 12 11 2003 MBo

May 15, 2024

Dated _____    Signature 99 undomicilled
Address New York City, N.Y.
City, State 10027
Zip _____

**RECEIVED**
MAY 15 2024
N.Y. COUNTY FAMILY COURT
HELP CENTER

**UNITED STATES POSTAL SERVICE ®**

**USPS TRACKING #**

9114 9023 0722 4063 6757 80

Label 400 Jan. 2013
7690-16-000-7948

*Rev. 01/2013*

[Print in black ink all areas in bold letters.   This summons must be served with a complaint.]

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
----------------------------------------------x

*Motisla S. Best* # 8751
732-752-771
[your name(s)]                          Plaintiff(s),

**SUMMONS**

**Index Number**

*101429-2021*

- against -

*Dept. OF LaBOR | wages*
[name(s) of party being sued]    | Defendant(s)
----------------------------------------------x

**Date Index Number Purchased**

*Dec. 15* , 20 *21*

To the Person(s) Named as Defendant(s) above:

PLEASE TAKE NOTICE THAT YOU ARE SUMMONED to answer the complaint of the plaintiff(s) herein and to serve a copy of your answer on the plaintiff(s) at the address indicated below within 20 days after service of this Summons (not counting the day of service itself), or within 30 days after service is complete if the Summons is not delivered personally to you within the State of New York.

YOU ARE HEREBY NOTIFIED THAT should you fail to answer, a judgment will be entered against you by default for the relief demanded in the complaint.

Dated:_____, 20___
[date of summons]

# FILED

DEC 1 5 2021

NEW YORK COUNTY
COUNTY CLERK

[sign your name] *Motisla S. Best*

[print your name] *Motisla S. Best*

*Mailing Address*
[your address and telephone number]

*421 8th Avenue, 7109*
*New York, N.Y. 1000*

*Dept. OF LaBOR | Investigator*
[name and address of defendant(s)]

*W. Averell Harriman State office*
*Albany, N.Y. 12240*

[name and address of defendant(s)]
_____

_____

_____

Venue:   Plaintiff(s) designate(s) New York County as the place of trial.   The basis of this designation is:
  ▫ Plaintiff's(s') residence in New York County
  ▫ Defendant's(s') residence in New York County
  ▫ Other [See CPLR Article 5]:
_____

CommenceAction – Rev. March 2021

```
***  REC 2023213   130103 H4C73681 V6DX  CIPOVA6     PQA6     (F-V6D.)   ***
QRTR DATE 08/01/2   AN:            1  DOC  100               G: 001+ DEQR
INPUT: YR REQ: 2   88 2022; COVERED DETAIL   YEN  EMPLOYMENT;
NON-COVERED           ; EMPLOYER ADDRESS
ME:    M S         DB. 12/1973 SX: F AK
```

DETAIL COVERED FICA EARNINGS AND EMPLOYER NAME AND ADDRESS FOR YEARS
REQUESTED

```
EIN: 590787929          BURGER KING CORPORATION
                        ATTN PAYROLL DEPT
                        5707 BLUE LAGOON DR
                        MIAMI           FL  33126-2015
RPYR  REO LOAC  NAME         EARNINGS    TOTAL COMP  CONTROL NUMBER   PR    S
0088  AA       M  BEST        271.00                271.00 8035-85-00713  01189 V
               WAGE TOTAL     271.00
        OASDI EMPLOYER TOTAL  271.00
        88 OASDI YEARLY TOTAL 271.00


EIN: 131890974          GREAT ATLANTIC & PACIFIC TEA CO INC
                        % TAXPAYER
                        19 SPEAR RD STE 310
                        RAMSEY          NJ  07446-1223
RPYR  REO LOAC  NAME         EARNINGS    TOTAL COMP  CONTROL NUMBER   PR    S
0089  AA       M S BEST       156.00                156.00 9114-85-17399  01790 V
               WAGE TOTAL     156.00
        OASDI EMPLOYER TOTAL  156.00
EIN: 530085950          HOST HOTELS & RESORTS INC
                        4747 BETHESDA AVE STE 1300
                        BETHESDA        MD  20814-5584
0089  AA       M  BEST        224.00                224.00 9020-85-25215   00930 V
               WAGE TOTAL     224.00
        OASDI EMPLOYER TOTAL  224.00
EIN: 590787929  BURGER KING CORPORATION
0089  AA       M  BEST        611.80                611.80 9112-85-38411  01290 V
               WAGE TOTAL     611.80
        OASDI EMPLOYER TOTAL  611.80
        89 OASDI YEARLY TOTAL 991.80


EIN: 042053130          FRIENDLY ICE CREAM CORP
                        10300 SW ALLEN BLVD
                        BEAVERTON       OR  97005-4833
RPYR  REO LOAC  NAME         EARNINGS    TOTAL COMP  CONTROL NUMBER   PR    S
0090  AA       M S BEST      1341.44               1389.69 0292-99-14653  00291 V
               WAGE TOTAL    1341.44
        OASDI EMPLOYER TOTAL 1341.44
EIN: 131890974  GREAT ATLANTIC & PACIFIC TEA CO INC
0090  AA       M S BEST       289.00                289.00 0103-85-32748  01491 V
               WAGE TOTAL     289.00
        OASDI EMPLOYER TOTAL  289.00
        90 OASDI YEARLY TOTAL 1630.44


EIN: 042053130  FRIENDLY ICE CREAM CORP
RPYR  REO LOAC  NAME         EARNINGS    TOTAL COMP  CONTROL NUMBER   PR    S
0091  AA       M S BEST       727.91                782.56 1113-99-20569  00892 V
               WAGE TOTAL     727.91
      AT       M S BEST        27.00                   .00 1113-99-20569  00892 V
               TIPS TOTAL      27.00
        OASDI EMPLOYER TOTAL  754.91
EIN: 132891876          LEISURE UNLIMITED INC
```

## Role: Numberholder/Claimant

## MOTISLA S BEST

| Social Security Number (SSN) | Birth Date | Proof Code | Sex | Date of Death |
|---|---|---|---|---|
| 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 | 12/20/1973 | -- | Female | -- |

## Leads

## Role: Numberholder/Claimant

**^ Hide Identification Information**

**Identification Information**

**Full Name**
MOTISLA S BEST

**Social Security Number (SSN)**
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

**Birth Date**
12/20/1973

**Sex**
Female

**Proof Code**
--

**Contact Information For This Lead**

**Most Recently Provided Address**
421 8TH AVENUE
PO BOX 7691
NEW YORK, NY 10001
US

**Primary Phone**
(347) 382-5601

**Language spoken**
English

**Email Address**
Motisla708@gmail.com

**Language written**
English

∧ Hide Claim/Event Information

## Claim Information

**FO Code**
100

**Prior FO Code**
--

**Unit**
LLO

**Claim Type 1**
DIB

**Claim Type 2**
--

**Claim Type 3**
--

**Onset Date**
01/01/2021

**Proofs Requested**

**Processing System Name**
eLAS

**Lead Established**
05/01/2023

**Caller Information (If Different)**

**Recontact by Caller**
No

**Date**
--

**Caller History**

| Date of Call | Caller Name | Relationship to Claimant | Phone Number | Phone Information |
|---|---|---|---|---|
| No records found. | | | | |

**Remarks**
FILING FOR DIB AND SSI. PLEASE DEVELOP FOR ONSET. (RECENT RECON AND HEARING IN EVID ARE IRRELEVANT TO SSA) NH IS A BIT DIFFICULT BUT HER MAIN OBJECTIVE IS TO GET BENEFITS AND EVENTUALLY HEALTH INSURANCE. - DFI 04/01/2018 DLI 09/30/2025

Hide Development Worksheet

Worksheet Information

| Issue | REQ | Follow Up 1 | Follow Up 2 | Tickle | REC | Remarks |
|---|---|---|---|---|---|---|
| OTFL | 05/01/2023 | -- | -- | 06/03/2023 | -- | |

| # | Issue | REQ | Follow Up 1 | Follow Up 2 | Tickle | REC | Remarks |
|---|-------|-----|-------------|-------------|--------|-----|---------|
| 2 | T2CO | -- | -- | -- | -- | 05/01/2023 | T2CO NOTICE SENT 05/01/2023 |

∧ Hide Lead Protective Filing Information

**Lead Protective Filing Information**

| CY Earnings | PY Earnings | Special Notice Option |
|-------------|-------------|------------------------|
| -- | -- | First Class Mail |

∧ Hide Informal Denial Information

**Informal Denial Information**

**Issue First Informal Denial**
No

∧ Hide Appointment Information

**Appointment Information**

| Current Appointment Date | Current Appointment Time | Current Appointment Type | Current Appointment Source |
|---------------------------|--------------------------|---------------------------|-----------------------------|
| June 02, 2023 | 11:30am | Phone | Calendar |

| Prior Appointment Date | Prior Appointment Time | Reason for Change | |
|-------------------------|------------------------|--------------------|--|
| -- | -- | -- | |

owner of "Better Be Mine" → "Researching" Services

Also, under Index # 101429/2021

Purchased 12/15/2021, Showd in

Federal Document, under Federal

Docket # 23-CU-3017, Echibits of

"Merchandise" "Not Sold" As of

Date 10/01/2023, Resulting In "Profit Losses"

Presented to N.Y. State I.R.S. years

Beginning 03/17/2020 - 10/01/2003. "Income"

"Guidelines" Set Federally "Has Greatly"

contributes to "Profit Losses" Declared and

"No" taxes "Paid" Work History Began 1994

As, A "Tipped Employee" under Title 15, "Self

Employed" & "All" Sales, Commissions "Reported" and

"No" taxes "Paid" 10/01/2003 "Non-Employee" compensation

Pro Se Intake Unit
U.S. District Court, Southern District of New York
40 Foley Square, Room 105
New York, NY 10007

RECEIVED
SDNY PRO SE OFFICE

2023 AUG 28  PM 2: 44

_NOESHA BEST_

_NOES C. BEST 00/20/2001_

Write the full name of each plaintiff or petitioner.

Case No. 23 cv 3017

-against-

Letter re: _REQUEST OF: INJICTIVE RELIEF OC2_

_HUMAN RESOURCE ADMINISTRATION_

_NYC CITY DEPT OF "HOMELESS"_

Write the full name of each defendant or respondent.

_REQUESTING RESPONSE "URGENTLY" FOR_

_ON Aug 21st 2023 @ 3:18pm LETTER ORE_

_RO Se_
_Intake_

_LETTER INJICTIVE RELIEF was entered_

_@ "AND STAMPED_

_& New entred letter will Be_

_entered Aug 28 2023, A second_

_offer of "Granting" NICOLE DRINARD_

_PRO Se PETITIONER S, NOES C. BEST_

_D.O.B  20/20/2023_

_Aug 28 2023_
Dated

_"NOESHA S BEST "BBMING"_
Name

_451 5th Ave, Bar #7141, NY NY 10001_
Address                City        State    Zip Code

_347-382-5201_
Telephone Number (if available)

_NOESHA S BEST_
Signature

_DRINARD PRO SE Incarcerated_
Prison Identification # (if available)

_NOESHA 408@ Gmail.com_
E-mail Address (if available)
_"INOPERABLE"_

Form **SS-4**
(Rev. December 2019)
Department of the Treasury
Internal Revenue Service

## Application for Employer Identification Number
(For use by employers, corporations, partnerships, trusts, estates, churches,
government agencies, Indian tribal entities, certain individuals, and others.)
► Go to www.irs.gov/FormSS4 for instructions and the latest information.
► See separate instructions for each line. ► Keep a copy for your records.

OMB No. 1545-0003

EIN

Type or print clearly.

1 Legal name of entity (or individual) for whom the EIN is being requested
*Motisia Sanday Best A.K.A (Tisa)*

2 Trade name of business (if different from name on line 1)
*Better Be Mine*

3 Executor, administrator, trustee, "care of" name
*c/o Motisia Sanday Best*

4a Mailing address (room, apt., suite no. and street, or P.O. box)
*421 8th Ave Box# 7691*

4b City, state, and ZIP code (if foreign, see instructions)
*N.Y. City, N.Y. 10001*

5a Street address (if different) (Don't enter a P.O. box.)
*99 Undomiciled*

5b City, state, and ZIP code (if foreign, see instructions)
*N.Y. City, N.Y. 10027*

6 County and state where principal business is located
*United States, North East Region, N.Y., N.J., Connecticut*

7a Name of responsible party
*Motisia Best sole owner*

7b SSN, ITIN, or EIN
*Requesting Employee I.D.#*

8a Is this application for a limited liability company (LLC)
(or a foreign equivalent)? ☐ Yes ☒ No

8b If 8a is "Yes," enter the number of LLC members ► *N/A*

8c If 8a is "Yes," was the LLC organized in the United States? ☐ Yes ☐ No

9a Type of entity (check only one box). Caution: If 8a is "Yes," see the instructions for the correct box to check.
- ☒ Sole proprietor (SSN) *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*
- ☐ Partnership
- ☐ Corporation (enter form number to be filed) ► *N/A*
- ☐ Personal service corporation
- ☐ Church or church-controlled organization
- ☐ Other nonprofit organization (specify) ► *N/A*
- ☐ Other (specify) ►
- ☐ Estate (SSN of decedent) *N/A*
- ☐ Plan administrator (TIN) *N/A*
- ☐ Trust (TIN of grantor) *N/A*
- ☐ Military/National Guard ☐ State/local government
- ☐ Farmers' cooperative ☐ Federal government
- ☐ REMIC ☐ Indian tribal governments/enterprises
Group Exemption Number (GEN) if any ►

9b If a corporation, name the state or foreign country (if applicable) where incorporated
State *BBMine IS A Sole-* Foreign country *Proprietorship*

10 Reason for applying (check only one box)
- ☒ Started new business (specify type) ► *Court Services as Authorized Representative*
- ☐ Hired employees (Check the box and see line 13.)
- ☐ Compliance with IRS withholding regulations
- ☐ Other (specify) ►
- ☐ Banking purpose (specify purpose) ►
- ☐ Changed type of organization (specify new type) ►
- ☐ Purchased going business
- ☐ Created a trust (specify type) ►
- ☐ Created a pension plan (specify type) ►

11 Date business started or acquired (month, day, year). See instructions.
*September 01-29, 2020*

12 Closing month of accounting year *N/ Available*

14 If you expect your employment tax liability to be $1,000 or less in a full calendar year and want to file Form 944 annually instead of Forms 941 quarterly, check here. (Your employment tax liability generally will be $1,000 or less if you expect to pay $5,000 or less in total wages.) If you don't check this box, you must file Form 941 for every quarter. *File Form 941 W/ Be File*

13 Highest number of employees expected in the next 12 months (enter -0- if none). If no employees expected, skip line 14.
Agricultural *None* Household *None* Other *Contractual* *Individual*

15 First date wages or annuities were paid (month, day, year). Note: If applicant is a withholding agent, enter date income will first be paid to nonresident alien (month, day, year). *No Fees Paid 09/2020-09/20*

16 Check one box that best describes the principal activity of your business.
- ☐ Construction ☐ Rental & leasing ☐ Transportation & warehousing ☐ Accommodation & food service ☐ Wholesale-agent/broker
- ☐ Real estate ☐ Manufacturing ☐ Finance & insurance ☒ Other (specify) ► *Accredited Representative*
- ☐ Health care & social assistance ☐ Wholesale-other ☐ Retail

17 Indicate principal line of merchandise sold, specific construction work done, products produced, or services provided.
*Services of "Court Services" As Accredited Representative*

18 Has the applicant entity shown on line 1 ever applied for and received an EIN? ☐ Yes ☒ No
If "Yes," write previous EIN here ► *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 → SS.# EIN#*

Third Party Designee

Complete this section only if you want to authorize the named individual to receive the entity's EIN and answer questions about the completion of this form.

Designee's name *Motisia Sanday Best 23-cv-3017*
Designee's telephone number (include area code) *N/A*

Address and ZIP code *500 Pearl St. Room 380, N.Y. City, N.Y. 10007*
Designee's fax number (include area code) *N/A*

Under penalties of perjury, I declare that I have examined this application, and to the best of my knowledge and belief, it is true, correct, and complete.

Name and title (type or print clearly) ► *Motisia S. Best- Sole-Owner*
Applicant's telephone number (include area code) *N/A*

Signature ► *Motisia S. Best "BBMine"* Date ► *09/29/2023*
Applicant's fax number (include area code) *N/A*

For Privacy Act and Paperwork Reduction Act Notice, see separate instructions.
Cat. No. 16055N
Form **SS-4** (Rev. 12-2019)

Business Certificate - BETTER BE MINE

# Business Certificate

I HEREBY CERTIFY that I am conducting or transacting business under the name or designation

of _Better Be Mine_ (MB3) "No longer"

at ~~138-34 I/C Queens Blvd~~ (MB3) 10/01/2023

City or Town of _Briarwood_ County of _Queens_ State of New York.

My full name is _Motisla S. Best A.R.D (Tisa)_

*Print or type name. If under 21 years of age, state "I am .................. years of age".*

and I reside at _111-16 116 7th Street, Jamaica, N.Y 11433_

I FURTHER CERTIFY that I am the successor in interest to

_Motisla S. Best "Better Be Mine" (Tisa)_

the person or persons heretofore using such name or names to carry on or conduct or transact business.

Type of business _Health Care services_ (see next page)

_Legal "Researching" Services_

_Form I-765   10/31/2022_ (MB3)

_Is Enclosed   10/01/2023 → 10/29/2021_

IN WITNESS WHEREOF, I have signed this certificate on   20 20

_Motisla Best   Sept 2_

STATE OF NEW YORK, COUNTY OF _Queens_                    ss.:

On _9/2/20_ before me, the undersigned, personally appeared _Motisla Best_

personally known to me or proved to me on the basis of satisfactory evidence to be the individual(s) whose name(s) is (are) subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their capacity(ies), and that by his/her/their signature(s) on the instrument, the individual(s), or the person upon behalf of which the individual(s) acted, executed the instrument.

_Vanessa G Greaves_

(signature and office of person taking acknowledgment)



QUEENSBOROUGH COMMUNITY COLLEGE    CUNY

TIGER CARD

MOTISLA BEST

VANESSA G GREAVES
Notary Public - State of New York
No. 01GR6050725
Qualified in Queens County
My Commission Expires April 04, 2023



X 201—Certificate of Conducting Business under an Assigned Name for Individual, 4-10

© 2010 by

```
QRY  DATE: 08/01/23  AN: 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  DOC: 100 UNIT: DEQY    PG: 006+ DEQR
                     WAGE TOTAL          11003.61
           OASDI EMPLOYER TOTAL          11003.61
           14 OASDI YEARLY TOTAL         11003.61


EIN: 116000842   VILLAGE OF HEMPSTEAD INC
RPYR  REO LOAC  NAME            EARNINGS    TOTAL COMP  CONTROL NUMBER   PR    S
0015  AA         M S BEST        10153.75    9849.12 6071-AK-30475     01016 V
                 WAGE TOTAL      10153.75
           OASDI EMPLOYER TOTAL  10153.75
           15 OASDI YEARLY TOTAL 10153.75


EIN: 116000842   VILLAGE OF HEMPSTEAD INC
RPYR  REO LOAC  NAME            EARNINGS    TOTAL COMP  CONTROL NUMBER   PR    S
0016  AA         M S BEST         9005.64    8735.43 7032-BT-80973     00817 V
                 WAGE TOTAL       9005.64
           OASDI EMPLOYER TOTAL   9005.64

EIN: 752354902   BRINKER INTERNATIONAL PAYROLL CO
0016  AA         M  BEST           828.84     828.84 7026-JS-95550     00717 V
                 WAGE TOTAL        828.84
           OASDI EMPLOYER TOTAL    828.84
           16 OASDI YEARLY TOTAL  9834.48


EIN: 116000842   VILLAGE OF HEMPSTEAD INC
RPYR  REO LOAC  NAME            EARNINGS    TOTAL COMP  CONTROL NUMBER   PR    S
0017  AA         M S BEST         6374.01    6182.78 8024-CU-37925     00718 V
                 WAGE TOTAL       6374.01
           OASDI EMPLOYER TOTAL   6374.01

EIN: 910847486           RED ROBIN INTERNATIONAL INC
                         10000 E GEDDES AVE STE 500
                         ENGLEWOOD            CO  80112-3722
0017  AA         M  BEST          2644.87    6462.79 8029-GU-80545     00818 V
                 WAGE TOTAL       2644.87
      AT         M  BEST          3817.92        .00 8029-GU-80545     00818 V
                 TIPS TOTAL       3817.92
           OASDI EMPLOYER TOTAL   6462.79
           17 OASDI YEARLY TOTAL 12836.80


EIN: 910847486   RED ROBIN INTERNATIONAL INC
RPYR  REO LOAC  NAME            EARNINGS    TOTAL COMP  CONTROL NUMBER   PR    S
0018  AA         M  BEST          7117.55   20028.72 9030-CA-99395     00819 V
                 WAGE TOTAL       7117.55
      AT         M  BEST         12911.17        .00 9030-CA-99395     00819 V
                 TIPS TOTAL      12911.17
           OASDI EMPLOYER TOTAL  20028.72
           18 OASDI YEARLY TOTAL 20028.72


EIN: 910847486   RED ROBIN INTERNATIONAL INC
RPYR  REO LOAC  NAME            EARNINGS    TOTAL COMP  CONTROL NUMBER   PR    S
0019  AA         M  BEST         10442.85   28890.54 0029-HX-72392     00820 V
                 WAGE TOTAL      10442.85
      AT         M  BEST         18447.69        .00 0029-HX-72392     00820 V
                 TIPS TOTAL      18447.69
           OASDI EMPLOYER TOTAL  28890.54
           19 OASDI YEARLY TOTAL 28890.54


EIN: 910847486   RED ROBIN INTERNATIONAL INC
RPYR  REO LOAC  NAME            EARNINGS    TOTAL COMP  CONTROL NUMBER   PR    S
```

 **Internal Revenue Service**
United States Department of the Treasury

PHILADELPHIA, PA 19255-1498

Tracking ID: 104934925904
Date of Issue: 08-28-2023

BES
100 TE

Taxpayer's Name: MOTI S BES
Taxpayer Identification Number: XXX-XX-8751
Tax Period: December, 2021
Return: 1040

## Information About the Request We Received

On August 28, 2023, we received a request for verification of non-filing of a tax return.

As of the date of this letter, we have no record of a processed tax return for the tax period listed above.

If you have any questions, you can call 800-829-1040.

# Molloy University

**Name:** Motisia Shaday Best
**Address:** 421 8th Avenue
Box # 7691
New York, NY 10001

**ID:** 43948
**Date of Birth:** 12/20/1973
**SSN:** 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
**Date Issued:** 2/22/2023

*Handwritten annotations:* DUE TO AVOIDANCE OF FRAUD? OF SSA YOU NO CLAIMING OF BLIND OR VISUALLY IMPAIRED HOWEVER #2 CERTIFIED MAIL REQUEST TO ADDRESS ON TRANSCRIPT — GPA 1.98, 1.98

## Undergraduate Division

### Transfer Year - Transfer

| Course Number | Title | CR Type | Gra Rpt | Att | Ernd | HGpa | Q.Pts | GPA |
|---|---|---|---|---|---|---|---|---|
| Organization : CUNY Queensborough Community C | | | | | | | | |
| CHE | GE01 Chemistry (w/Lab) General Education | TR | | 4.00 | 4.00 | 0.00 | 0.00 | |
| CIS | ELEX Computer Info Sys Elective | TR | | 3.00 | 3.00 | 0.00 | 0.00 | |
| COM | 110 Experiences in Communication | TR | | 3.00 | 3.00 | 0.00 | 0.00 | |
| COM | ELEX Com Arts Elective (Liberal Arts) | TR | | 3.00 | 3.00 | 0.00 | 0.00 | |
| ELE | ELEX Elective -Non-Liberal Arts Elective | TR | | 3.00 | 3.00 | 0.00 | 0.00 | |
| ELE | ELEX Elective -Non-Liberal Arts Elective | TR | | 2.00 | 2.00 | 0.00 | 0.00 | |
| ENG | 110 College Composition | TR | | 3.00 | 3.00 | 0.00 | 0.00 | |
| ENG | 161 Introduction to Poetry and Drama | TR | | 3.00 | 3.00 | 0.00 | 0.00 | |
| ENG | GE01 English Literature | TR | | 3.00 | 3.00 | 0.00 | 0.00 | |
| HIS | 112 American Civilization II | TR | | 3.00 | 3.00 | 0.00 | 0.00 | |
| PED | GE01 Physical Education General Ed | TR | | 3.00 | 3.00 | 0.00 | 0.00 | |
| PED | GE01 Physical Education General Ed | TR | | 1.00 | 1.00 | 0.00 | 0.00 | |
| PSY | 111 General Psychology | TR | | 3.00 | 3.00 | 0.00 | 0.00 | |
| PSY | 205 Child Psychology | TR | | 3.00 | 3.00 | 0.00 | 0.00 | |
| SPA | 101 Beginning Spanish I | TR | | 4.00 | 4.00 | 0.00 | 0.00 | |
| Organization : Molloy College Met/Waived Requ | | | | | | | | |
| FST | WA31 Freshmen Studies Waived | TR | | 0.00 | 0.00 | 0.00 | 0.00 | |
| | **Term Totals :** | | | 44.00 | 44.00 | 0.00 | 0.00 | 0.00 |
| | **Cumulative Totals :** | | | 44.00 | 44.00 | 0.00 | 0.00 | 0.00 |

### 2011 Spring

| Course Number | Title | CR Type | Gra Rpt | Att | Ernd | HGpa | Q.Pts | GPA |
|---|---|---|---|---|---|---|---|---|
| ETH.250 | Ethics Theory and Practice | CR | B | 3.00 | 3.00 | 3.00 | 9.00 | |
| MUS.109 | Introduction to World Music | CR | B+ | 3.00 | 3.00 | 3.00 | 9.90 | |
| POL.100 | Fundamentals of Government | CR | C+ | 3.00 | 3.00 | 3.00 | 6.90 | |
| SLP.271 | Anatomy & Physiology of Speech | CR | F | 3.00 | 0.00 | 0.00 | 0.00 | |

## Undergraduate Division

### 2011 Spring

| Course Number | Title | CR Type | Gra Rpt | Att | Ernd | HGpa | Q.Pts | GPA |
|---|---|---|---|---|---|---|---|---|
| SPA.102 | Beginning Spanish II | CR | D+ | 3.00 | 3.00 | 3.00 | 3.90 | |
| | **Term Totals :** | | | 15.00 | 12.00 | 15.00 | 29.70 | 1.98 |
| | **Cumulative Totals :** | | | 59.00 | 56.00 | 15.00 | 29.70 | 1.98 |

### 2011 Fall

| Course Number | Title | CR Type | Gra Rpt | Att | Ernd | HGpa | Q.Pts | GPA |
|---|---|---|---|---|---|---|---|---|
| PHI.100 | Philosophy: The Pursuit of Wisdom | CR | B | 3.00 | 3.00 | 3.00 | 8.10 | |
| PSY.352 | Psychology of Woman | CR | B+ | 3.00 | 3.00 | 3.00 | 9.90 | |
| SLP.270 | Sound and the Auditory Mechanism | CR | B | 3.00 | 3.00 | 3.00 | 8.10 | |
| SLP.273 | Phonetics and Vocal Patterns | CR | B | 3.00 | 3.00 | 3.00 | 8.10 | |
| SLP.372 | Language Acquisition | CR | C+ | 3.00 | 3.00 | 3.00 | 6.90 | |
| | **Term Totals :** | | | 15.00 | 15.00 | 15.00 | 41.10 | 2.74 |
| | **Cumulative Totals :** | | | 74.00 | 71.00 | 30.00 | 70.80 | 2.35 |

### 2012 Spring

| Course Number | Title | CR Type | Gra Rpt | Att | Ernd | HGpa | Q.Pts | GPA |
|---|---|---|---|---|---|---|---|---|
| MAT.115 | Elementary Statistics | CR | D | 3.00 | 3.00 | 3.00 | 3.00 | |
| SLP.272 | Introduction to Speech Science | CR | B | 3.00 | 3.00 | 3.00 | 9.00 | |
| SLP.370 | Introduction to Audiology | CR | B | 3.00 | 3.00 | 3.00 | 9.00 | |
| SLP.371 | Communicn Skills-Hearing Impaired | CR | B | 3.00 | 3.00 | 3.00 | 9.00 | |
| | **Term Totals :** | | | 12.00 | 12.00 | 12.00 | 30.00 | 2.50 |
| | **Cumulative Totals :** | | | 86.00 | 83.00 | 42.00 | 100.80 | 2.40 |
| | **Division Cumulative Totals :** | | | 86.00 | 83.00 | 42.00 | 100.80 | 2.40 |

**Best, Motisia**
CSN: 111771636
DOB: 12/20/1973 (49 yrs) F
MRN: 4096292
Appt Date: 3/02/23

RUMNIE JJ
Notary Public - State of New York
NO. 01LI6172678
Qualified in Richmond County
My Commission Expires Aug 1, 2026

*Handwritten:* Motisia Best # 8761 State of New York County of New York on 23rd of February

Page 1 of 1

**Safety Plan Note**

Signed • Encounter Date: 2/6/2024 • Opoku, Clara, RN

Adult Psychiatry

**NYC HEALTH+ HOSPITALS | Metropolitan**

**Patient Safety Plan**

Date: 2/6/2024   Time: 11:46 AM

**Unit/Department:** ME ADULT BEHAV HEALTH
**Patient Name:** Motisla Best
**Medical Record Number:** 2002708

**Step 1: Warning signs (thoughts, images, mood, situation, behavior) that a crisis may be developing:**

1. Sometimes, it's the medication as a side effect
2. Maybe communication with others, hostility in the communicator
3.
4.

**Step 2: Internal coping strategies – things I can do to take my mind off my problems without contacting another person (relaxation technique, physical activity):**

1. Drink coffee
2. Read or employment
3. Marijuana

**Step 3: People and social settings that provide distraction:**

| | |
|---|---|
| 1. Professionals | Phone: |
| 2. Students | Phone: |
| 3. Educators | Phone: |
| 4. Therapist | |
| 5. Nurses | |

**Step 4: People whom I can ask for help:**

| | |
|---|---|
| 1. Professionals | Phone: |
| 2. Nurses or medical staff | Phone: |
| 3. Psychotherapist or license social workers | Phone: |
| 4. Self therapy | |

**Step 5: Professionals or agencies I can contact during a crisis:**

Therapist #:
Provider #: Metropolitan Behavioral health Clinic/Bellevue Hospital/Church

**Nearest Emergency Department**

| Name | Address | Phone |
|---|---|---|
| METROPOLITAN HOSPITAL CENTER | 1901 First Avenue New York NY 10029-7404 | 212-423-6262 |

If you are or a loved one are in a behavioral crisis related to stress, depression, anxiety, or drug/alcohol misuse, call NYC Well for 24/7, free, confidential support:
**1-888-NYC-WELL (1-888-692-9355)**

For 24/7, free, confidential support or suicide prevention/crisis resources for you or a loved one, call or text the National Suicide Prevention Lifeline: **988**

**Step 6: Making the environment safe (No dangerous items, dispose of or verify, place for disposal)**

FOR PRO SE Intake RM 105 [#26] 04/28/2023

THREE TWO → COPIES → HUD HOME
I.R.S. STOO

"Tipped Employee" 22 yrs
8t Federal = FASFA

Dated: Aug 21, 2023

22 yrs

IRS

HUD

Injuctive Relief " → Letter Re
Housing — Waverly — Income Guideline

TWO COPIES → DSS/HRA " HUD Home, FasFa
THREE

#26
9/28/23

Letter Re: Request of Injuctive

23-CV-8017

002

RECEIVED

Aug 28th 2023

Judges Answer Document #16

Not three copies MBE forward
PRO SE's petitioned / Arbitrated
→ Bring DSS/HRA clients $ paid
Federal Attorneys

what's-N or
WESTCHESTER — 09/2023 → "NO FORWARD"